**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-81492-CIV-SMITH**

MENACHEM GUTNICK, individually and on behalf of all others similarly situated,

       Plaintiff,

v.

IDLAND CREDIT MANAGEMENT, INC.,

       Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal [DE 12]. Accordingly, it is

**ORDERED** that:

1. Plaintiff's claims are **DISMISSED with prejudice.** The class claims are **DISMISSED without prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record